NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

IN RE CYCLOBENZAPRINE HYDROCHLORIDE
EXTENDED-RELEASE CAPSULE PATENT
LITIGATION

---

EURAND, INC. (NOW KNOWN AS APTALIS
PHARMATECH, INC.), CEPHALON, INC.,
AND ANESTA AG,
*Plaintiffs- Appellees,*

v.

IMPAX LABORATORIES, INC.,
*Defendant-Appellant,*

AND

MYLAN INC., MYLAN PHARMACEUTICALS INC.,
PAR PHARMACEUTICAL INC., AND TWI
PHARMACEUTICALS INC.,

*Defendants.*

---

2012-1280

---

Appeal from the United States District Court for the District of Delaware in case no. 09-MD-2118, Judge Sue L. Robinson.

---

## ON MOTION

---

Before RADER, *Chief Judge.*

## ORDER

Impax Laboratories, Inc. moves to expedite the briefing schedule. Eurand, Inc. et al. oppose.

Impax may of course significantly self-expedite the case by filing its own briefs early. Impax has not shown that the time for the appellees to file their briefs should be shortened. The appellees should not anticipate any extensions of time to file their briefs. The case will be placed on the next available oral argument calendar after the briefing is completed, which is the usual course, and thus no motion is necessary to obtain that relief.

Accordingly,

IT IS ORDERED THAT:

Impax's motion to expedite is denied.

FOR THE COURT

APR 3 0 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Debra J. McComas, Esq.
John R. Lane, Esq.
James W. Wallace, Jr., Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 3 0 2012

JAN HORBALY
CLERK